UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Aristides Cardoso,** | ) |
| Plaintiff | ) |
| V. | ) CASE NO.<br>) 1:09-CV-10701-DPW |
| **City of Brockton,**<br>**BPD Chief of Police William K. Conlon,**<br>**Brockton Police Officer Stanley David** | ) |
| Defendants | ) |

## PLAINTIFF'S OPPOSITION AND MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS CITY OF BROCKTON, WILLIAM K. CONLON AND STANLEY DAVID'S MOTION FOR SUMMARY JUDGMENT

Now come the Plaintiff, Aristides Cardoso, and moves this Court to deny defendants motion for summary judgment pursuant to Fed. R. Civ. P. 56(c).

WHEREFORE, the Plaintiff respectfully requests that the Court enter an Order Denying Defendants motion for summary judgment.

Respectfully submitted,

Plaintiff,

Date: November 19, 2010

Aristides Cardoso, PRO SE
P.O. Box 4887
Brockton, MA 02303
(508) 631-0213
Email: a1cardoso@student.bridgew.edu

## CERTIFICATE OF MAILING

I certify that on this date, I mailed a true and accurate copy of this document to be served upon counsel of record for the Defendants Philip Nessralla, Jr., City of Brockton, City Hall, 45 School Street, Brockton, MA 02301.

Aristides Cardoso, PRO SE
P.O. Box 4887
Brockton, MA 02303
(508) 631-0213
Email: a1cardoso@student.bridgew.edu

Date: November 19, 2010