```
                 UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS


ARISTIDES CARDOSO,           )
                             )
          Plaintiff,         )   CIVIL ACTION NO.
v.                           )   09-10701-DPW
                             )
CITY OF BROCKTON, BPD CHIEF  )
OF POLICE WILLIAM K. CONLON, )
BROCKTON POLICE OFFICER      )
STANLEY DAVID                )
                             )
          Defendants.        )
```

## MEMORANDUM AND ORDER
June 18, 2012

In my Memorandum and Order of March 23, 2012, I observed that it was prudent to await a Supreme Court decision argued this term before acting on the cross motions for summary judgment that the parties in this case filed regarding the remaining issue after trial: whether plaintiff's retaliatory arrest claim could survive a finding of probable cause for his arrest.

Earlier this month, the Supreme Court issued its opinion in *Reichle v. Howards*, 132 S.Ct. 2088 (June 4, 2012), holding that any alleged First Amendment right to be free from retaliatory arrest even if the arrest was otherwise supported by probable cause was not clearly established. This ruling, which extends qualified immunity to the defendants in this case, effectively forecloses plaintiff's remaining claim. Accordingly, I hereby GRANT defendants' motion (#135) for summary judgment and deny the

cross motion (#137) of the plaintiff for summary judgment.  The Clerk is hereby directed to enter judgment for the defendants on the basis of the jury verdict (#127) of March 29, 2011 and this Memorandum.

                                          **_/s/ Douglas P. Woodlock_**
                                          DOUGLAS P. WOODLOCK
                                          UNITED STATES DISTRICT JUDGE